**United States District Court**
For the Northern District of California

1
2
3
4
5
6                                 UNITED STATES DISTRICT COURT

7                                NORTHERN DISTRICT OF CALIFORNIA

8
9
10   MARSHALL LOSKOT, *et al.*,                No. C-04-4462 MJJ (EMC)

11            Plaintiffs,

12        v.                                   **ORDER OF RECUSAL**

13   EXTENDED STAY CA, INC., *et al.*,

14            Defendants.
                                          /
15   _____

16

17        This Court, on its own motion, hereby recuses itself from any and all further proceedings in this

18   matter.

19        IT IS SO ORDERED.

20

21   Dated:  June 20, 2005

22

23

24                                             _____
                                               EDWARD M. CHEN
25                                             United States Magistrate Judge

26

27

28