1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   JENNIFER L. STENEBERG (State Bar No. 202985)
2  THOMAS E. FRANKOVICH,
   *A Professional Law Corporation*
3  2806 Van Ness Avenue
   San Francisco, CA 94109
4  Telephone:  415/674-8600
   Facsimile:  415/674-9900
5
   Attorneys for Plaintiffs MARSHALL LOSKOT
6  and DISABILITY RIGHTS ENFORCEMENT,
   EDUCATION SERVICES

**FILED**

FEB 2 7 2006

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHALL LOSKOT, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>EXTENDED STAY CA, INC., a Delaware corporation; and BRE/ESA PROPERTIES LLC., a Delaware limited liability company,<br><br>Defendants. | **CASE NO. C04-4462 MJJ**<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON**<br><br>E-filing |

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1). Outside of the terms of the Mutual Settlement Agreement and Release ("Agreement"), each party is to bear its own costs and attorneys' fees. The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement. *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Dated: February 22, 2006

THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*

By: /s/ Jennifer L. Steneberg
Jennifer L. Steneberg
Attorneys for Plaintiffs MARSHALL LOSKOT and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES

Dated: February 21, 2006

JEFFER, MANGELS, BUTLER & MARMARO LLP

By: /s/ Martin H. Orlick
Martin H. Orlick
Attorneys for Defendants EXTENDED STAY CA, INC., and BRE/ESA PROPERITES LLC.

## ORDER

IT IS HEREBY ORDERED that matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Mutual Settlement Agreement and Release should such enforcement be necessary.

Dated: 2/27, 2006

Hon. Martin J. Jenkins
UNITED STATES DISTRICT JUDGE